plinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Peter Jacob BELOTT, Jr., Respondent.

## No. 624 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

April 2, 2001.

*ORDER*

PER CURIAM:

AND NOW, this 2nd day of April, 2001, there having been filed with this Court by Peter Jacob Belott, Jr., his verified Statement of Resignation dated February 23, 2001, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Peter Jacob Belott, Jr., be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

## In the Matter of Laura Ann CAMPANELLA.

## No. 653 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

April 2, 2001.

*ORDER*

PER CURIAM:

AND NOW, this 2nd day of April, 2001, Laura Ann Campanella having been suspended from the practice of law in the State of Florida for a period of ninety-one days by Order of the Supreme Court of Florida dated July 13, 2000; the said Laura Ann Campanella having been directed on February 5, 2001, to inform this Court of any claim she has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the response filed, it is

ORDERED that Laura Ann Campanella is suspended from the practice of law in this Commonwealth for a period of ninety-one days, and she shall comply with all the provisions of Rule 217, Pa.R.D.E.